# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

      Plaintiff,

vs.

FUJIFILM MEDICAL SYSTEMS USA, INC.,

      Defendant.
_____/

Case No. 8:16-cv-01194-MSS-TGW

JURY TRIAL DEMANDED

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiff, University of South Florida Research Foundation ("USFRF" or "Plaintiff") by its undersigned counsel, files its answer to Defendant's Counterclaims.

## THE PARTIES

1. Plaintiff admits that Fujifilm Medical Systems, Inc., ("FMSU") is a corporation organized and existing under the laws of the State of New York, and has an existing place of business at 419 West Avenue, Stanford, Connecticut 06902, as stated in Paragraph 1 of the Counterclaim.

2. Plaintiff admits the allegations in Paragraph 2 of the Counterclaim.

## JURISDICTION AND VENUE

3. Plaintiff admits that allegations in Paragraph 3 of the Counterclaim.

4. Plaintiff admits the allegations in Paragraph 4 of the Counterclaim.

5.  Plaintiff admits the allegations of Paragraph 5 of the Counterclaim.

## GENERAL ALLEGATIONS

6.  Plaintiff hereby reasserts the answers set forth above in Paragraphs 1-5 in response to Paragraph 6 of the Counterclaim.

7.  Plaintiff admits the allegations of Paragraph 7 of the Counterclaim.

8.  Plaintiff admits the allegations of Paragraph 8 of the Counterclaim.

9.  Plaintiff denies the allegations of Paragraph 9 of the Counterclaim.

10.  Plaintiff denies the allegations of Paragraph 10 of the Counterclaim.

11.  As to Paragraph 11 of the Counterclaim, Plaintiff admits that the Complaint and Amended Complaint accuses FMSU of infringing the claims of the '937 patent and that an actual case or controversy exists between FMSU and USFRF.  Plaintiff denies that the '937 patent is not infringed by FMSU and denies that the '937 patent is invalid.

## COUNT I
## DECLARATION OF NON-INFRINGEMENT

12.  In response to Paragraph 12 of the Counterclaim, Plaintiff hereby reasserts the answers set forth above with respect to Paragraphs 1-11.

13.  Plaintiff denies the allegations as set forth in Paragraph 13 of Count I of FMSU's Counterclaim.

WHEREFORE, Plaintiff prays for a judgment that FMSU's accused products infringe the claims of the '937 patent, and for the other matters as set forth in the Prayer for Relief as set forth in the Complaint and Amended Complaint.  Plaintiff also requests that judgement be

entered in its favor and against FMSU relative to all of FMSU's requests for relief as set forth in Count I of the Counterclaim.

## COUNT II
## DECLARATION OF PATENT INVALIDITY

14. In response to Paragraph 14 of the Counterclaim, Plaintiff hereby reasserts the answers set forth above with respect to Paragraphs 1-13.

15. Plaintiff denies the allegations as set forth in Paragraph 15 of Count II of FMSU's Counterclaim.

WHEREFORE, Plaintiff prays for a judgment that the '937 patent is not invalid, but instead is fully valid and enforceable. Plaintiff also requests that judgment be entered in its favor and against FMSU relative to all of FMSU's requests for relief as set forth in Count II of the Counterclaim.

## DEMAND FOR JURY TRIAL

Plaintiff acknowledges that FMSU has requested a jury trial in this case.

Dated: August 24, 2016                    Respectfully Submitted,

                                                                            s/Gregory A. Hearing
Gregory A. Hearing
Florida Bar No: 817790
201 N. Franklin Street, Suite 1600
Tampa, FL 33602
(813) 273-0050
(813) 273-0072 - Fax
ghearing@tsghlaw.com

John A. Artz (P24679) (Admitted *Pro Hac Vice*)
Franklin M. Smith (P76987) (Admitted *Pro Hac Vice*)
DICKINSON WRIGHT PLLC

        2600 W. Big Beaver Rd., Suite 300
        Troy, Michigan 48084
        (248) 433-7200
        (248) 433-7274 - Fax
        jartzsr@dickinsonwright.com
        fsmith@dickinsonwright.com

        John K. Harrop (38548) (Admitted *Pro Hac Vice*)
        DICKINSON WRIGHT PLLC
        International Square
        1825 Eye Street N.W., Suite 900
        Washington D.C. 20006
        (202) 457-0160
        (202) 659-1559 (Fax)
        jharrop@dickinsonwright.com

        *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on August 24, 2016, via the Court's ECF system.

        **s/ Gregory A. Hearing**