**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

  Plaintiff/Counterclaim Defendant,  Case No. 8:16-cv-01194-MSS-TGW

vs.

FUJIFILM MEDICAL SYSTEMS U.S.A.,
INC.,

  Defendant/Counterclaimant.
              /

## DEFENDANT/COUNTERCLAIMANT FUJIFILM MEDICAL SYSTEMS U.S.A., INC.'S NOTICE OF SERVICE OF INVALIDITY CONTENTIONS

Defendant/Counterclaimant FUJIFILM Medical Systems U.S.A., Inc. ("Fujifilm") hereby notifies the Court that it electronically served its invalidity contentions on counsel for Plaintiff/Counterclaim Defendant University of South Florida Research Foundation, Inc. on February 1, 2017, in compliance with the Court's Case Management and Scheduling Order (Dkt. 30).

DATED:  February 1, 2017    *s/Jacob A. Snodgrass*
                  David W. Marston Jr.
                  Florida Bar No. 0111636
                  Morgan Lewis & Bockius LLP
                  200 South Biscayne Blvd., Suite 5300
                  Miami, Florida 33131-2339
                  Telephone: 305.415.3000
                  Facsimile: 305.415.3001
                  david.marston@morganlewis.com

                  Jacob A. Snodgrass (admitted *pro hac vice*)
                  Jitsuro Morishita (admitted *pro hac vice*)

Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:     202.739.3000
Facsimile:      202.739.3001
jacob.snodgrass@morganlewis.com
jitsuro.morishita@morganlewis.com

*Counsel for Defendant /Counterclaimant
FUJIFILM Medical Systems U.S.A., Inc.*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on February 1, 2017 via the Court's ECF system.

*s/Jacob A. Snodgrass*
Jacob A. Snodgrass

DB1/ 90548237.1