# Exhibit F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.

        Plaintiff/Counterclaim
        Defendant,

vs.                                 Case No. 8:16-cv-01194-MSS-TGW

FUJIFILM MEDICAL SYSTEMS USA,
INC.

        Defendant/Counterclaimant.

_____/

## PLAINTIFF'S DISCLOSURE OF INFRINGEMENT CONTENTIONS

In accordance with the Court's Case Management Report filed August 18, 2016 (Doc. No. 30), Plaintiff University of South Florida Research Foundation, Inc. ("USFRF" or "Plaintiff") provide the following Disclosure of Infringement Contentions relative to the patent-in-suit, U.S. 6,630,937 ("the '937 Patent"). At this time, the Infringement Contentions relate to the following "Accused Products" of the Defendant Fujifilm Medical Systems USA, Inc. ("Fujifilm" or "Defendant"): (1) Synapase PACs, (2) the Aspire line of products, such as Aspire HD Plus, Aspire CR, Aspire Cristalle, and Aspire Clear View, and (3) the Mammoascent AWS-c. This Disclosure is made solely for the purpose of this action.

Discovery in this matter is at a very early stage and is ongoing. Defendants have not yet produced any documents or things, such as the software source code, or provided any deposition testimony or other substantive discovery responses in this action as to infringement issues. Plaintiff's investigation regarding other potential grounds of infringement is therefore ongoing. This disclosure is therefore based upon public information that Plaintiff has been able to obtain,

together with Plaintiff's current good faith beliefs regarding the Accused Products and is given without prejudice to Plaintiff's right to supplement or amend its disclosure as additional facts are ascertained, analyses are made, source code is reviewed, research is completed and/or claims are construed.

These disclosures are based at least, in part, upon Plaintiff's present understanding of the meaning and scope of the claims of the '937 Patent. Plaintiff expressly reserves the right to supplement these Infringement Contentions, including the list of Accused Products, based upon further discovery. Further, Plaintiff reserves the right to amend or supplement any of these disclosures and contentions in view of any claims construction ruling(s) issued by the Court or any position taken by Defendant in this action. Plaintiff, therefore, expressly reserves the right to amend or supplement its identification of asserted claims, and Accused Products, as well as its claim charts, based on further investigation and discovery. Also, if any claim is not currently identified as an infringed claim, this should not be interpreted as an indication that such claim is not infringed by the Accused Products.

## CLAIM CHARTS AND EVIDENCE ABBREVIATIONS

Based on the above conditions and good faith beliefs, Plaintiff sets forth the following claim charts. At this time, Plaintiff submits that the Accused Products infringe all of claims 1 – 17 of the '937 Patent.

The evidence abbreviations set forth below are used in the Claim Chart "Explanations" and the evidence abbreviations have the definitions and should be interpreted to have the following disclosures:

1. <u>BayView Radiology</u>:

This is a video posted on YouTube by Fujifilm with the title "Fujifilm Digital Mammography – Aspire HD at Bayview Radiology". (The video is available at https://www.youtube.com/watch?v=IROvaKlAgos.) The video shows and describes the accused Aspire line of products and systems, including monitors, input devices, multiple viewing screens with multiple windows, displays of mammogram image data, varying greyscales, changing types, sizes, illumination states and forms on the windows, and control by a user for changing these items.

The following four figures are screen shots taken during video playback:

https://www.youtube.com/watch?v=iROvaKlAqos&t=13s



Figure 1: Fujifilm Aspire Workstation with Mutiple Monitors and Multiple Views Having Varying Resolutions, Greyscales, Illumination, and Forms

3



Fujifilm Digital Mammography - Aspire HD at BayView Radiology

Figure 2: Fujifilm Aspire HD System Showing a Technologist's Workstation



Fujifilm Digital Mammography - Aspire HD at BayView Radiology

Figure 3: Fujifilm Aspire Workstation

4



Fujifilm Digital Mammography - Aspire HD at BayView Radiology

Figure 4: Fujifilm Aspire Workstation with Multiple Monitors, Multiple Views, and Images of Varying Greyscale, Resolution, and Illumination

2.  SYNAPSE Product Data:

This is a 2015 Fujifilm publication that details and describes some of the Accused Products.  A copy of this 8-page document is attached as Attachment A with certain portions highlighted due to Fujifilm's infringement.  (This same document was attached to the Complaint in this case when it was filed.)  This document describes the structures, functions, and capabilities of the SYNAPSE PACS software.   The following sections of the publication, which are titled "Application," "Image and Display Features," "Workstation Operating System support," "Supported Display Formats," "CPU Requirements," and "Recommended Memory Requirements," disclose and support all elements of the '937 Patent claims.   The "Mammography Tool Set" described on page 2 discloses that the SYNAPSE software and

5

associated workstations contain digital mammography data, as well as the structures, functions, and capabilities found in the '937 Patent claims.

3.   Aspire and Mammoascent Product Documents:

These 2015 Fujifilm documents contain the description of the structure, functions, and capabilities of the Aspire and Mammoascent AWS-c Accused Products.  A copy of the 8-page Aspire document is presently on the Fujifilm Web site and is attached hereto as Attachment B. (The same document was attached to the Complaint in this case when it was filed.)  Certain relevant portions of the Aspire document that disclose and support elements of the '937 Patent claims and Plaintiff's allegations are highlighted.   The Aspire document (p.1) also includes access to various manuals which provide further details and descriptions of the structure, functions, and capabilities of the Aspire Accused Products.

A copy of the 2-page Mammoascent AWS-c document (available at http://www.fujifilm.com/products/medical/products/digital_mammography/aws/) is attached hereto as Attachment C.  The below Figure 5 is taken from the Mammoascent document and illustrates components of the Mammoascent AWS -c workstation.  As can be seen in Figure 5, the Mammoascent technologist's AWS-c workstation (a) displays image data in a predetermined format and in varying grayscale, (b) has a predetermined illumination capability, (c) can display the image data transformed into varying-resolution forms, with each having different greyscale values, multiple views or windows with varying resolution images in each window,  and (e) the user can communicate with the workstation to display the different forms and change the illumination state of the displayed forms.



Figure 5: Fujifilm Mammoascent AWS-c Workstation Display

4. Aspire HD – Rochester:

This is a video posted on YouTube by Fujifilm with the title "Aspire HD Available in the United States – Rochester: A Case Study." The video is available at https://youtu.be/6ecXmFLGUc8?list=PLCyE6MC-IAxGaKbmv-FmJkxopMt2aIQz-. This video discloses and describes a multi-monitor and multi-window Fujifilm workstation.

Figure 6 below is a screen shot from the video. Figure 6 shows a monitor configured to display four different windows, each with a different form. The windows show varying-resolution forms with different greyscale values. To the right of the monitor is one of two monitors used with the Aspire HD Workstation for examination. Figure 7 below shows the two monitors of the Aspire HD Workstation with two windows each, the windows having varying resolution forms displayed.

7



**Aspire HD available in United States - Rochester: A Case Study**



Fujifilm Medical Systems USA

228 views

Figure 6: Monitor Showing Four Windows with Four Different Views or Forms



**Aspire HD available in United States - Rochester: A Case Study**

Fujifilm Medical Systems USA

228 views

Figure 7: Two Monitors of Aspire HD Workstation with Different Forms and Different Resolutions

5. <u>Aspire HD – Portland</u>:

This is a video posted on YouTube by Fujifilm with the title "Aspire HD Available in the United States – Portland: A Case Study." The video is available at https://youtu.be/jfz6-4pwggo?list=PLCyE6MC-IAxGaKbmv-FmJkxopMt2aIQz-. This video discloses and describes a multi-monitor and multi-window Fujifilm workstation. For example, time marks 3:18 – 3:44 illustrate a technologist operating a technologist's workstation to display image data in a predetermined format and in varying grayscale, the monitor having a predetermined illumination capability. The workstation further shows the image data transformed into varying-resolution forms, each having different greyscale values, multiple views or windows with varying resolution images in each window, and communicating with the monitor to display the different forms and changing an illumination state of the displayed forms. Screen shots from this video are shown below in Figures 8 – 9.



Aspire HD available in United States - Portland: A Case Study

Figure 8: Technologist's Workstation Showing Two Varying-Resolution Forms

9



**Aspire HD available in United States - Portland: A Case Study**

Figure 9: Technologist's Workstation Showing Four Varying Resolution Forms

6. <u>RSNA 2016</u>:

This reference is to the demonstrations and disclosures of the Fujifilm's Aspire and Synapse digital mammography and digital radiology workstations and systems at The Radiological Society of North America's 2016 Annual Meeting ("RSNA 2016"). <u>Attachment D</u> is an Internet advertisement by Fujifilm promoting its booth and capabilities at RSNA 2016. The hardware (monitors, processors, I/O devices, keyboards) associated with the Synapse workstation software and the Aspire workstations and systems were disclosed and demonstrated at Fujifilm's booth. The software utilized in the systems along with the hardware demonstrated and showed that the workstations had the functions, capabilities, and structures set forth in the claim elements of the '937 Patent.

Fujifilm representatives demonstrated operation of a technologist's workstation (i.e., a workstation to control and interact with a digital radiography machine) and operation of an

10

Aspire workstation.  Both workstations displayed mammogram images that were selected by the representatives from an electronic storage medium, and the representatives demonstrated how the mammogram images were selected from the electronic storage medium.  The representatives showed how the mammogram images were displayed in a pre-determined format and in varying greyscale.  The representatives demonstrated how hanging protocols could be changed.  The representatives showed how both workstations' monitors could display varying resolution forms in different windows, how the windows could be changed, and how the resolution could be varied.  The representatives displayed how greyscale and illumination of the displayed forms could be changed through control instructions by manipulating user-controlled communications devices.  The representatives demonstrated panning, zooming, use of measuring overlays, windowing, and computer-aided diagnosis (CAD) features.

Based on the above-described videos, documents, and demonstrations at RSNA 2016, it is clear that the Accused Products have the same features and perform the same functions and processes as the inventions recited in claims 1 – 17 of the '937 Patent.

## U.S. PATENT 6,630,937

| CLAIM 1 | | EXPLANATION |
|---|---|---|
| A system for providing an interface between a digitized mammogram and a user comprising: | | Fujifilm satisfies the preamble of Claim 1 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| a) | a processor having means for electronically communicating with: | Fujifilm satisifies element (a) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data (pp 6 – 7), RSNA 2016. |
| b) | means for communicating with a user; | Fujifilm satisifies element (b) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| c) | a monitor for displaying image data in a predetermined format and in varying greyscale, the monitor having a predetermined illumination capability; and | Fujifilm satisifies element (c) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| d) | means for receiving digitized mammogram data corresponding to a film mammogram image, the digitized mammogram data having greyscale values corresponding to optic densities of the film mammogram image; and | Fujifilm satisifies element (d) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| e) | electronically implementable means resident in the processor comprising: | Fujifilm satisifies element (e) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| f) | means for transforming the digitized mammogram data into a plurality of varying-resolution forms, each form having different greyscale values; | Fujifilm satisifies element (f) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| | | |
|---|---|---|
| g) | means for communicating with a monitor to display the plurality of forms, each form within a different window on the monitor, and each form having a predetermined illumination state corresponding to the greyscale values thereof; and | Fujifilm satisifies element (g) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| h) | means for receiving from the user communication means a control instruction for changing an illumination state in a displayed form and for implementing the control instruction upon the displayed form, thereby permitting the user to control the illumination state of each displayed form. | Fujifilm satisifies element (h) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| **CLAIM 2** | | **EXPLANATION** |
| A system for interfacing a digitized mammogram to a user comprising: | | Fujifilm satisfies the preamble of Claim 2 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| a) | a monitor capable of displaying image data in a predetermined format, and in varying grayscale colors, said monitor having a predetermined illumination capability; | Fujifilm satisifies element (a) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| b) | an electronic storage medium with digitized mammogram image data, said digitized mammogram image data corresponding to a film mammogram image and the digitized mammogram image data having grayscale values corresponding to the optical densities of the film mammogram image; | Fujifilm satisifies element (b) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| | | |
|---|---|---|
| c) | a processor in circuit communication with said monitor and said electronic storage medium; and | Fujifilm satisifies element (c) at least based on the following evidence:  Fujifilm satisifies element (c) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data (pp 6 – 7), RSNA 2016. |
| d) | an input device in circuit communication with said processor; | Fujifilm satisifies element (d) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| e) | said processor being adapted to receive input signals from said input device, and being responsive to a signal from said input device to transfer digitized image data from said electronic storage medium to said monitor in a way that causes the monitor to produce a display having a plurality of windows and to display a mammogram image in a different form in each window with grayscale values that, along with the illumination characteristics of said monitor, appears to a user as a mammogram in each window under a predetermined illumination state, thereby interfacing said mammogram image in each window and in a predetermined illumination state to an operator handling said input device; | Fujifilm satisifies element (e) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| f) | said processor being adapted to receive further input from said input device related to the mammogram image in a selected window, said further input from said input device including input that selectively controls the grayscale values of the mammogram image in the selected window, thereby enabling an operator handling said input device to selectively control the illumination state with | Fujifilm satisifies element (f) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| | which the mammogram image in the selected window is displayed to the operator. | |
|---|---|---|
| | **CLAIM 3** | **EXPLANATION** |
| | A system for providing an interface between a medical image and a user comprising: | Fujifilm satisfies the preamble of Claim 3 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data (pp 6 – 7), RSNA 2016. |
| a) | means for establishing electronic communications with a processor for receiving a stored digitized medical image comprising data representative of a plurality of greyscale values; | Fujifilm satisifies element (a) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| b) | means for communicating with a display means; and | Fujifilm satisifies element (b) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| c) | software means loadable into the processor comprising: | Fujifilm satisifies element (c) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| d) | means for receiving a signal from a user-operable device; | Fujifilm satisifies element (d) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| e) | means controllable by a signal from the user-operable device for transforming the image into a plurality of varying-resolution forms, each form having a different set of greyscale values; and | Fujifilm satisifies element (e) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| | | |
|---|---|---|
| f) | means for displaying the forms on the display means, each form displayed within a different sector of the display means. | Fujifilm satisifies element (f) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| **CLAIM 4** | | **EXPLANATION** |
| The system recited in claim 3, wherein the display means comprises a first and a second display monitor. | | Fujifilm satisfies Claim 4 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire Product and Mammoascent Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| **CLAIM 5** | | **EXPLANATION** |
| The system recited in claim 4, wherein the first and the second display monitors each comprise a high-resolution greyscale monitor. | | Fujifilm satisfies Claim 5 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| **CLAIM 6** | | **EXPLANATION** |
| The system recited in claim 3, wherein the medical image comprises a mammographic image. | | Fujifilm satisfies Claim 6 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| **CLAIM 7** | | **EXPLANATION** |
| The system recited in claim 3, wherein the displaying means comprises means for selecting a display form from a plurality of display configurations. | | Fujifilm satisfies Claim 7 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| CLAIM 8 | EXPLANATION |
|---|---|
| The system recited in claim 7, wherein the selecting means comprises means for generating a menu of display configurations for displaying on the display means. | Fujifilm satisfies Claim 8 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| CLAIM 9 | EXPLANATION |
|---|---|
| The system recited in claim 3, wherein the software means further comprises means for generating a zoom window overlayable on at least one of the displayed forms for identifying a portion of the form desired to be displayed as a magnified view in a different sector. | Fujifilm satisfies Claim 9 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| CLAIM 10 | EXPLANATION |
|---|---|
| The system recited in claim 9, wherein the zoom window generating means is under signal control of the user-operable control device. | Fujifilm satisfies Claim 10 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| CLAIM 11 | EXPLANATION |
|---|---|
| The system recited in claim 3, wherein the software means further comprises means for generating a measuring device overlayable on at least one of the displayed forms for measuring a feature thereof. | Fujifilm satisfies Claim 11 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| CLAIM 12 | EXPLANATION |
|---|---|
| The system recited in claim 3, wherein the software means further comprises means for generating a panning of at least one of the displayed forms. | Fujifilm satisfies Claim 12 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| **CLAIM 13** | **EXPLANATION** |
| The system recited in claim 1, wherein the image transforming means comprises means for adjusting the greyscale values essentially in real time. | Fujifilm satisfies Claim 13 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| **CLAIM 14** | **EXPLANATION** |
| The system recited in claim 13, wherein the greyscale adjusting means comprises means for adjusting the greyscale values of all the displayed forms. | Fujifilm satisfies Claim 14 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| **CLAIM 15** | **EXPLANATION** |
| The system recited in claim 1, further comprising means for accessing with a computer-aided diagnosis system and for transmitting the image thereto for processing thereby, and wherein the displaying means comprises means for displaying the processed image. | Fujifilm satisfies Claim 15 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| CLAIM 16 | EXPLANATION |
|---|---|
| The system recited in claim 3, wherein the software means further comprising means interactive with the user for generating a report containing diagnosis information. | Fujifilm satisfies Claim 16 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |

| CLAIM 17 | EXPLANATION |
|---|---|
| A system for analyzing a set of digitized mammography images, the set comprising a plurality of views from a unitary patient, the system comprising: | Fujifilm satisfies the preamble of Claim 17 at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| a) | a first and a second display monitor; | Fujifilm satisifies element (a) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| b) | a processor having means for communicating with an image storage device and software means resident thereon, the software means comprising: | Fujifilm satisifies element (b) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data (pp 6 – 7), RSNA 2016. |
| c) | means for receiving a signal from a user-operable device; | Fujifilm satisifies element (c) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| d) | means controllable by a signal from the user-operable device for transforming the image into a plurality of varying-resolution forms, each form having a different set of greyscale values; and | Fujifilm satisifies element (d) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016. |
| e) | means for displaying a first form on the first monitor and a second form on the second monitor. | Fujifilm satisifies element (e) at least based on the following evidence: BayView Radiology, SYNAPSE Product Data, Aspire and Mammoascent Product Documents, Aspire HD – Rochester, Aspire HD – Portland, RSNA 2016.. |

Dated: January 3, 2017                 Respectfully Submitted,

                                        s/John A. Artz
                                        John A. Artz (Admitted *Pro Hac Vice*)
                                        Michigan Bar No: P24679
                                        Franklin M. Smith (*Admitted Pro Hac Vice*)
                                        Michigan Bar No: P76987
                                        DICKINSON WRIGHT PLLC
                                        2600 W. Big Beaver Rd., Suite 300
                                        Troy, Michigan 48084
                                        (248) 433-7200
                                        (248) 433-7274 - Fax
                                        jartzsr@dickinsonwright.com
                                        fsmith@dickinsonwright.com

                                        John K. Harrop (*Admitted Pro Hac Vice*)
                                        Virginia Bar No: 38548
                                        P.O. Box 320171
                                        Alexandria, VA 22320
                                        Telephone: (202) 230-6480
                                        harrop@vapatent.com

                                        Gregory A. Hearing
                                        Florida Bar No: 817790
                                        THOMPSON, SIZEMORE, GONZALEZ &
                                        HEARING, P.A.
                                        201 N. Franklin Street, Suite 1600
                                        Tampa, FL 33602
                                        (813) 273-0050
                                        (813) 273-0072 - Fax
                                        ghearing@tsghlaw.com

                                        *COUNSEL FOR PLAINTIFF/COUNTERCLAIM
                                        DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via email and United States Mail on this 3rd day of January, 2017, to the following:

David W. Marston Jr.
Morgan, Lewis & Bockius, LLP
200 S. Biscayne Blvd., Suite 5300
Miami, Florida 33131-2339
david.marston@morganlewis.com

Jitsuro Morishita
Jacob Snodgrass
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Jitsuro.morishita@morganlewis.com
Jacob.snodgrass@morganlewis.com

In addition, a Notice of Compliance of said service was filed electronically and served on all counsel of record.

s/John A. Artz
John A. Artz

21

# ATTACHMENT A

# FUJIFILM MEDICAL SYSTEMS

# SYNAPSE



## *Product Data*

**Synapse Release Version 4.4**

## Workstation Software

### Application

Synapse® Workstation software is the multi-modality Picture Archiving and Communication System (PACS) software for Synapse PACS. Synapse Workstation software provides viewing and manipulation of radiological data including images, reports, patient status and clinical information. It also provides for integrations to clinical applications including dictation systems, RIS, Synapse Cardiovascular, and Synapse 3D applications. It is a multipurpose, enterprise wide application used for radiologist interpretation, in-house clinical review and physician desktop image & information access.

Synapse Workstation software is an entirely web-based, thin-client application using Internet technology at the foundation of its design. The only locally installed component is an ActiveX control plug-in to Internet Explorer® on Microsoft® Windows®. This design allows for a user interface that takes advantage of the familiar functions of Internet Explorer and Windows, such as back, forward, links, Favorites and right-click context menu while also providing powerful imaging functions necessary in today's radiology department and beyond.

As a thin-client application, Synapse is accessible by anyone connected to a Synapse web server via an intranet or the Internet over standard HTTP or a secure HTTPS (SSL) connection. Synapse users can be assigned different security levels to access patient and study folders and are assigned different privileges around their ability to save or modify information stored in the Synapse database. All tools are available to all users regardless of their physical location or health provider function. Synapse is designed for the needs of the radiologist as well as clinicians, referring physicians, technologists and administrators from the same user application with the same tools and user interface.

### Image and Display Features

- Intuitive use of colors and layout for worklists, PowerJacket™, icons and toolbars

- Configurable mouse with mouse button down operation (MBDO) mode that allows left mouse button down and drag to enter stack in place scroll mode. Right mouse button down and drag enters window and level mode

- One hand mouse operation for common manipulation tools:
  - Window/Level
  - Zoom
  - Pan

- Double-click any image to display one-up

- Image processing presets with keypad shortcuts by modality

- New image processing sub-system that provides Fujifilm image processing for FCT, CT, DX, MG and other general image types

- CR Image Processing including Dynamic Range Control (DRC) and Multi-Frequency Processing (MFP)

- CT Image Processing with DRC and sharpness enhancement

- Zoom to 1x (acquisition pixel = display pixel)

- Zoom to fit window

- Configurable Extended Maximize Mode that allows any monitor to display or refresh the Explorer window into full screen mode

- Interactive region of interest with zoom, magnification and window/level

- Rotation and flip

- Manual and DICOM image shuttering

- Active overlays allow the user to enter information into the image itself (window level, zoom factor and others)

- Spine labeling feature that allows users to easily label vertebral and intervertebral levels within CT and MR

- Color display

- Ability to pin and un-pin Synapse toolbar icons

- Annotations and measurements including:
  - Line length and line ratio ruler

©2015 FUJIFILM Medical Systems U.S.A., Inc.

MKT-0033072-B
April 7, 2015

- o Curved line measurement
- o Free text
- o Arrows
- o Density Values (Hounsfield Unit, Optical Density or Pixel Value depending on image type)
- o Elliptical, rectangular and freehand
- o ROI with calculated area, perimeter as well as mean and standard deviation of density
- o Label palette for spine labeling
- Annotation save
- Cine tool with speed and direction control, as well as support for cine of multiple linked series simultaneously
  - o Adjustable CINE frames per second
  - o AVI save
  - o Independent series controls
  - o Pause and reverse play
  - o Clipping feature to allow playback of a subset of the CINE stack
- Drag and drop export of lossy JPEG images to desktop JPG or BMP file
- Stack-in-place – fast image stack scrolling via mouse control
- Middle mouse button fly-through for stack in place
- Image book marking (annotated images are auto-selected as bookmarks)
- Keyboard or mouse driven image series navigation
- Selectable image up-count
- Configurable page layout
- Drag/drop for copy and paste to other Windows applications
- Drag/drop to create Synapse shortcuts
- IntelliScroll – synchronized stack navigation
- IntelliLink – Crosshair 3D navigation with support for MG and PT modalities
- Relative window level operations may be linked between series or images in the same study to reduce the number of clicks during reading
- Cross-sectional reference lines

- Monitor calibration for true size display
- Lossless and lossy image decompression and display
- Selectable image compression version for initial display with support for changing version during display
- Customizable modality specific overlays for patient, study and image information (see release specification for detailed system defaults)
- Synapse integrated MIP / MPR / Fusion feature
- Context integration to third party Nuclear Medicine and 3D reconstruction products including:
  - o Hermes
  - o TeraRecon
  - o Thinking Systems
  - o Toshiba Advanced Visualization
  - o Vital Images
- TraumaCAD / OrthoView orthopedic integration
- Multi-phasic series grouping by Temporal Position Indicator for MRI series split
- Mammography Toolset
  - o Multiple CAD object support
  - o CAD can be turned on/off independently from other annotations
  - o Mouse over tooltip displays CAD manufacturer, version and marking type (calcification or density)
  - o Enhanced breast bound quadrant view feature allows for showing small overlaps into adjacent quadrants
  - o CAD status displayed in image overlay
  - o Breast Density SR information is available on image overlays
  - o VuCOMP CAD findings may be viewed
  - o Pixel Padding support
  - o Quadrant view
  - o Image Linking allows propagation of window level, zoom and pan changes

- o MG image justification feature provides left, center, right image justification for MG images
- o Image context menu providers setup options with shortcut keys
- o Automatic and manual breast bounds image alignment for all digital mammography systems

**Workflow Features**

- Reading protocols (detailed description in the next section)
- Customizable context menus per user with option to show most frequently used menu items
- Customizable system populated work folders based on image, demographic, census and other HIS/RIS/DICOM provided data
- Synapse Dashboard aggregates information from Synapse folders and provides access to those folders similar to a worklist
- My History feature provides quick and easy access to all images previously viewed by that user
- Synapse installs with commonly used folders that can be duplicated and modified to make site-specific configurations
- Conference folders that can store shortcuts to any Synapse object for conferencing, collaboration and other manually managed workflows
- Folder columns can be sorted (up to 3 sorts at once) and filtered using on screen query by example
- Folder columns are configurable with a color designation for the individual user or at the machine level
- Configurable column choices in folder view to designate the patient class or location
- Ability to launch search from within image view
- Global search feature allows searching across multiple datasources
- Ability to view and export Grayscale Softcopy Presentation State (GSPS) annotations

**FUJIFILM**

©2015 FUJIFILM Medical Systems U.S.A., Inc.

MKT-0033072-B
April 7, 2015

- Ability to view Color Softcopy Presentation State (CSPS) annotations
- Auto-compare selection for relevant priors can auto select "n" number of exams by one of the following criteria:
  - Same modality
  - Same procedure code
  - Related procedure code across modalities
  - Related procedure code and same modality
- Unread workflow automation macro
  - F8 to start workflow from an unread studies folder
  - F8 again to mark dictated and open next available study
  - F9 to skip and open the next available study
- Barcode scanning workflow automation option
- Ability to anonymize patient and study data
- Concurrency tracking and alerts to eliminate duplicate, simultaneous reads
- Group dictation feature allows grouping of unread studies by Patient ID, Visit Number or Order ID for the purposes of generating one report
- Dictation system integration via serial port, XML or TCP/IP communication
- Bi-directional dictation workflow that allows the dictation system to mark the study dictated
- Use of PowerScribe API for saving and closing dictation session when navigating away from study
- PowerScribe resident workflow where PowerScribe triggers Synapse to open study images
- EPIC Radiant RIS driven workflow with content synchronization
- Synapse workstation may connect to multiple dictation systems

- Supported third party dictation products include:
  - 3M ChartScipt
  - Agfa Talk Station
  - Centricity RIS
  - Crescendo DigiDictate-IP
  - Dolbey Fusion
  - iRecorder
  - Lanier VoiceWriter
  - Magview (for MG)
  - MediSpeech
  - MedQuist SpeechQ
  - MedQuist Ovation
  - MRS (for MG)
  - Nuance RadWhere
  - Nuance PowerScribe 360
  - PC Dictation
  - PenRad
  - Provox Report
  - Spheris
  - WinScribe
- Reservations allow users to lock an unread study for themselves or for another user, with the ability to define default time period that the study remains in a reserved state
- Study reservation provides the ability to reserve studies and use quick filters for navigating to the set of reserved studies. The feature also simplifies the sending of images for review to the attending physician
- Reservations Folder displays a list of reserved studies that can be sorted by priority and dictated using F8 / F9 macro
- Study's folder icon changes if a user already has a study locked
- Folder list provides configurable thresholds and warnings for image counts, study age, and reservation age
- Subscription technology can:
  - Monitor any Synapse folder for content changes
  - Cache the content locally for faster image access – particularly useful for WAN-based teleradiology or tele-diagnosis
  - Alert user to new content availability
  - Automatically reserve the new content for the alerted user
  - Subscriptions can be reactivated when the user logs in from another workstation at any time
  - Icon in Synapse folders indicates which studies have cached locally
- Temporary storage of all web pages and images in local Internet cache
- Visual study indicator for studies completely stored in cache due to subscription
- MultiView allows one Synapse workstation to be configured to access multiple Synapse systems
- Optional sent status to allow for QC before exams are marked unread – configurable by modality
- Option to hold MG (mammography) exams for reading for 'n' minutes to allow CAD to process

## Reading Protocols

- Reading protocols automate the display layout and sequence of images for study and its comparisons into multiple pre-defined reading protocol steps
- Reading protocols editor (RPE) graphical user interface to create and edit new generic, modality match, procedure match, and MG stack template reading protocols
- Template reading protocols are for automation and display of exams for diagnosis and review
- Instance reading protocols specify the display arrangement for a particular study and are used for conferencing and collaborating on specific studies
- The best protocol is chosen on initial display and opening of a study
- Users can choose a different protocol from a pull-down list
- Users can move forward or backward through protocol steps
- Each protocol step defines:
  - Page layout including monitor location and covered monitor count
  - Tile format for each view port
  - Apply tools settings (to all images or to selected images)
  - Overlay display status (on/off)
  - Application of image presets

**FUJIFILM**

©2015 FUJIFILM Medical Systems U.S.A., Inc

MKT-0033072-B
April 7, 2015

- o Whether to display the current study only or with comparison(s)
- Reading protocol steps can be reordered or deleted
- Reading protocol and comparison icons to present the next and previous comparison
- Four levels of matching for template reading protocols
  - o All studies
  - o Specific modality
  - o Specific procedure code(s)
  - o Specific series combination using the DICOM series description name to match the protocol
- For series matching, like series names can be standardized to be treated as a match (e.g. "Head w Contrast" = "Head With Contrast")
- Extra series handling allows extra series to go into blank viewports to simplify navigation
- Series standardization provides the ability to normalize series names that may be different across different vendor's scanners
- Auto compare options determine whether comparison studies automatically display, in addition to the set of comparison studies to display
- Series ordering provides the ability to change the order of series display for modality match and series match protocols using the series picker
- Temporary view state preserves an un-saved set of views while additional images are loaded
- Missing series notification for cases where a custom reading protocol does not provide a series in each of the view ports set for the reading protocol
- MG (mammography) images are grouped at the image level as opposed to the series level due to specific MG workflow requirements
- MG stack-match protocols allow the user to display mixed sets of images from different MG series and comparison studies in one viewport

- Match is specific to the monitor count defined in the reading protocol
- For series matching, near match will choose a reading protocol that is close to an existing RP if series or image names (MG case) are not an exact match to an existing reading protocol
- Acceptable number of non-matches to establish a near match is configurable
- Non-matching series appear in a protocol step named "Extra Views"
- Duplicate named MG images can be stacked over one another with newest image on top to support retake workflow
- Series renaming for MG allows the user to change the series name for an individual study, or to apply that series name as a standard for the particular modality
- Individuals can create their own user level reading protocols
- System level reading protocols can be created by administrators for use by all users
- Can be exported and imported between Synapse systems
- Can be copied via drag/drop between users, from system level to user and user to system level
- Can be deleted
- Manual mode to bypass the index and auto-increment features of the Reading Protocol Editor
- RP engine separates combined multi-echo and multiphase MR series into individual series on display

## Information Features

### PowerJacket™

- PowerJacket window enables access to clinical information in Synapse for a study
- PowerJacket provides access to:
  - o Comparison exams
  - o Study information
  - o Reports
  - o Notes
  - o Documents

- o Series
- Comparison exam list can be grouped by:
  - o Same modality
  - o Related procedure code
  - o Related procedure code and same modality
- CommonView™ (optional feature) can be configured to automatically search across multiple Synapse datasources for relevant comparisons
- Internal CommonView displays all studies for patients with multiple identifiers within the same database
- CommonView can display exact matches using available identifiers (MRN or MPI)
- CommonView can be configured to display near matches using configurable demographic criteria, including name, date of birth and gender
- Study information includes study, patient and visit information
- Study information comes from an integrated HL7 feed from the HIS/RIS or the DICOM header
- Report is accessible if one is available (requires optional HL7 integration for Synapse to receive the report)
- PowerJacket integration to third party web-based RIS systems (optional feature)
- Users with the appropriate privileges can add notes to a study
- Administrative users can delete notes
- Notes can be created as voice files or text
- Canned text notes can be configured by user
- Documents can be stored via drag and drop into the PowerJacket
- Entire study may be dragged from exam list into the PowerJacket
- Documents can be added via direct scanning into Synapse
- Series Picker displays all available series for a displayed study

FUJIFILM
©2015 FUJIFILM Medical Systems U.S.A., Inc.

MKT-0033072-B
April 7, 2015

- Series Picker is configurable so it may be pinned regardless of the tab in focus
- Series Picker is user configurable to display thumbnail images or text (series description)
- Individual series can be dragged from the PowerJacket Series Picker to an available monitor view port for display
- Available study status indicators are configurable

## Administrative Features

- Centralized user and workstation settings that provide roaming user profiles
- ESWAT enterprise Synapse web administration toolkit for system configuration
- Configurable auto logoff timeout
- Folder access is assignable by user or role
- Automated content deletion allows batch deletion of entire folder contents
- Administration folders display system metrics and anomalies
- Integrated Active Directory authentication
- Desktop Synapse icon can be hidden
- Drag/drop for study, image, series, patient merging or reallocating
- MSI push supported installation of installed ActiveX control
- Weblink linking from other applications to Synapse using a structured URL call with specified context to patient, study, image, etc. (optional feature)
- Synapse Windows Explorer API allows opening a study from the Synapse study list in a new Explorer window
- Ad-hoc delete allows users with appropriate privilege to delete patient, study, series, or image. A safety mechanism is included that allows recovery of deleted data
- DICOM header export

- Windows and DICOM printing with color support and true size options
- Print composer with WYSIWYG function provides drag and drop images, as well as the ability to include mixed modalities in a single layout

## DICOM Transfer

- To a datasource allows the user to transfer the contents of selected folders to any other datasource
- To a teaching archive allows the user to push images and DICOM key image notes to teaching archives
- To media allows the user to save images as DICOM files which can be anonymized before saving. Images can be burned directly to a local workstation CD burner
- To DICOM image viewer allows a user to view the DICOM header associated with an image

**FUJIFILM**

©2015 FUJIFILM Medical Systems U.S.A., Inc.

MKT-0033072-B
April 7, 2015

**Workstation Operating System Support**

| OPERATING SYSTEM | VENDOR | BROWSER | COMMENTS |
|---|---|---|---|
| Windows 8.1<br>Windows 8.1 Professional<br>Windows 8.1 Enterprise | Microsoft | Internet Explorer 11 | Video card and/or PC should support DirectDraw<br><br>Supported operating systems are all 64-bit |
| Windows 7 Ultimate with SP1, 32-bit and 64-bit | Microsoft | Internet Explorer 8.0, 9.0, 11 | Video card and/or PC should support DirectDraw |
| Windows 7 Professional with SP1, 32-bit and 64-bit | Microsoft | Internet Explorer 8.0, 9.0, 11 | Video card and/or PC should support DirectDraw |
| Windows 7 Home Premium with SP1, 32-bit and 64-bit | Microsoft | Internet Explorer 8.0, 9.0,  11 | Video card and/or PC should support DirectDraw<br><br>Windows Home does not support domain-based user authentication, which may result in additional user authentication dialog boxes to maintain security |

- Windows XP, Vista, and IE7 are <u>not</u> supported in Synapse PACS 4.4

### Supported Display Formats

| ORIENTATION | NUMBER OF IMAGE DISPLAY MONITORS |
|---|---|
| Landscape | 1, 2, or 4 |
| Portrait | 1, 2 or 4 |

- For all configurations, an additional productivity monitor to the left (usually color LCD) is supported
- Synapse workstation supports the ability to configure the productivity monitor on the right
- True size monitor configuration requires a monitor with square pixel spacing (horizontal pixel width = vertical pixel height)
- Image display monitors should be the same display resolution and color palette (grayscale, color, etc.)

### CPU Requirements

Synapse workstations are divided into clinical and diagnostic classes. Both types support Intel[®]-compatible 32-bit and AMD Opteron™ processors. Key features that may be affected by the type of CPU are FCR/CT/MG and DX image processing, lossy image de-compression, and overall Synapse workstation performance.

- Synapse clinical workstations require at a minimum the use of multi-core CPU technology starting with a dual core processor
- Synapse diagnostic workstations require at a minimum the use of multi-core CPU starting with a quad core processor

### Recommended Memory Requirements

Diagnostic workstations typically have other clinical applications with significant memory requirements. It is highly recommended these workstations contain as much memory as possible on the hardware available for 64-bit operating systems. Windows 32-bit operating systems can address up to 4 GB memory.

- All Synapse 32-bit workstations should contain a minimum and maximum of 4 GB of RAM
- All Synapse 64-bit general purpose workstations should contain a minimum of 8 GB of RAM
- All Synapse diagnostic workstations running Windows 7 (64-bit) or Windows 8 (64-bit) should contain a minimum of 16 GB of RAM

### Workstation Image Cache

Synapse 4.2 introduced support for a workstation image cache (WIC) for systems that require more than the 1 GB of cache that is allowed by Internet Explorer. Caching options are set at the enterprise level and are applicable to all users. Synapse centralized settings provide the ability to set the WIC to an authorized location for sites that have disk access restrictions on their PCs.

### Internet Cache Size Requirement

Synapse has the option of using the Internet Explorer internet cache for the temporary storage of image files and web pages. While there is no specific cache size requirement, a small cache could force Synapse to retrieve images from the server multiple times even in one session. The recommended configuration is to set the cache size to the maximum allowed by Internet Explorer or the system.

### Document Scanner Support

Consult with your Fujifilm representative for currently supported scanner models.


FUJIFILM

©2015 FUJIFILM Medical Systems U.S.A., Inc.

MKT-0033072-B
April 7, 2015

## Contact Information

**FUJIFILM Medical Systems U.S.A., Inc.**
**Corporate Headquarters**

419 West Avenue
Stamford, CT 06902-6348
1-866-879-0006

8021 Knue Road, Suite 100
Indianapolis, IN 46250
1-866-879-0006

3005 Carrington Mill Blvd.,
Suite 175
Morrisville, NC  27560
1-866-879-000

www.fujimed.com

## FUJIFILM

©2015 FUJIFILM Medical Systems U.S.A., Inc.

MKT-0033072-B
April 7, 2015

# **ATTACHMENT B**



FUJIFILM
Value from Innovation

Americas \ USA

## Full Field Digital Mammography

Fujifilm's Aspire breast imaging solutions are designed to improve image quality, streamline workflow and enhance patient outcomes.



### Aspire Cristalle



Aspire Cristalle combines Fujifilm's extensive research, expertise and experience to offer a new, advanced digital mammography system that optimizes image contrast and dose across all breast types.

Learn more

### Aspire HD Plus



Aspire HD Plus uses Fujifilm's groundbreaking DOS technology to produce exceptional images, optimize clinician workflows and help improve patient outcomes

Learn more

### Aspire ClearView-1m Plus



A versatile upgrade to Fujifilm FFDM image quality, the Aspire ClearView-1m Plus offers dual-side reading, 50µm pixel pitch and high DQE.

Learn more

### Aspire ClearView-CSm Plus



The Aspire ClearView CSm Plus is an ergonomically-designed four-slot, multi-plate reader that accommodates up to three exam rooms.

Learn more

### Aspire CRm



The Aspire CRm provides single-side reading at high resolution 50µm pixel pitch, helping to overcome the limited contrast and exposure latitude of screen-film mammography

Learn more

### DryPix Plus Dry Laser Imager



The DryPix Plus is a dry laser imager which combines the high quality and performance of Fujifilm's centralized imagers, with an extremely compact design

Learn more

### QC Manuals & User Guides

- Aspire Cristalle - QC Manual, 897N120255A
- Aspire Cristalle Installation - Physicist QC Guide - Rev B
- Aspire HD Plus - QC Manual, 897N102579A
- Aspire HD Plus Installation - Physicist QC Guide - Rev A
- AspireHD - QC Manual, 897N101461A
- AspireHD Installation - Physicist QC Guide - Rev A
- Aspire FCRm/CRm Quality Control Manual - 8th Edition, 897N0602G
- DryPix 5000 Operation Manual - 8th Edition, 897N0316F
- DryPix7000 OPM - 11th Edition, 897N0B24G
- DryPix 5000 QC for Mammography - 5th Edition, 897N0370E
- DryPix Plus (4000) Operation Manual - 9th Edition, 897N101792
- DryPix Plus (4000) QC for Mammography - 8th Edition, 897N101838A
- DryPix Plus (4000) QC Function Guide - Ed 4, 897N10173

DryPix Plus (4000) Reference Guide - 1st Edition, 897N101733

© 2016 FUJIFILM Holdings America Corporation

# Aspire HD Plus:
# Redefining Digital Mammography

With improved image clarity and enhanced workflow capabilities, Aspire HD Plus is designed to assist clinicians in providing optimal care. Combining Fujifilm's groundbreaking Direct Optical Switching (DOS) technology with single-touch positioning and ergonomic design, Aspire HD Plus helps you provide more comprehensive analysis for a more accurate diagnosis.

The Aspire Breast Imaging Diagnostic Workstation is powered by Synapse for more efficient workflows.

## Contact Us

Let us help you get started with Aspire today: Contact your Fujifilm representative, call 1-866-879-0006, or use our online contact form.

**Contact a Representative**

## Features

DOS detector technology for higher sharpness, DQE

Fujifilm's renowned Dynamic Visualization™ software: the most sophisticated collection of image processing and enhancement technologies available

Using optional 18x24cm compression plate, system auto-collimates for small breast sizes

Optional arm rests and foam pads offer well-balanced, gentle support for patients

Angle of gantry can be adjusted with a single touch

Easily adjust gantry height and compression level

Color LCD displays both on compression arm and at foot of unit

## Acquisition Workstation

Efficient design helps streamline technologist workflow

Set exposure and view resulting confirmation on a single screen

Monitor is portrait-orientated for optimized viewing and operation

Optional second monitor allows viewing of previous images (if connected to PACS)

Display area can be split; switch between 1-, 2- or 4-up images

Position left/right images automatically or manually

Simultaneously adjust density and contrast for both left/right images

Supports DICOM v3

## Increase Diagnostic Confidence



Americas | USA

# Aspire HD Plus



### Enhanced workflow, exceptional images

Aspire HD Plus combines Fujifilm's groundbreaking DOS technology with single-touch positioning and ergonomic design to enhance the experience for patients, technologists and radiologists

*Aspire HD Plus*

**Overview**    **Product Images**

With features that address the needs of clinicians, technologists and patients, Aspire HD Plus offers revolutionary imaging innovations within comfort-conscious apparatus. Fujifilm's proprietary Direct Optical Switching technology uses 50μm pixel pitch to produce exceptional images with high DQE and lower electronic noise. Adjustments to the gantry angle, height and compression level are easy for technologists to make, and optional arm rests and foam pads provide gentle support for patients. The Acquisition Workstation streamlines technologists' workflow, offering a variety of ways to view, confirm and adjust images.

To find out more about the Aspire HD Plus, visit the Aspire Digital Mammography website

© 2016 FUJIFILM Holdings America Corporation

# Aspire CR

Fujifilm developed the CR product line to offer enhanced image quality using full field digital mammography with existing mammography gantry systems. Fujifilm introduced digital mammography in 1983 with the launch of the first computed radiography system for mammography. Since then, more facilities have chosen Fujifilm for their digital mammography imaging needs than any other manufacturer worldwide. Fujifilm continues to focus extensive research & development efforts on women's health solutions. With proven imaging performance and the ability to handle large exam volumes, Aspire CR products and the AWSc modality workstation can help you convert to digital mammography with confidence.

## Contact Us

Let us help you get started with Aspire today: Contact your Fujifilm representative, call 1-866-879-0006, or use our online contact form.

**Contact a Representative**

---

# Aspire ClearView CS*m*, 1*m* and Aspire CR*m*

50-micron pixel resolution delivers exceptional image quality

High resolution can help overcome the limited contrast and narrow exposure latitude associated with screen-film mammography

18x24cm and 24x30cm CR cassettes help optimize patient positioning

Multi modality:  reads standard CR cassettes for general radiographic procedures

---

# Aspire ClearView CS*m*

Ergonomically-designed, four slot, multi-plate reader

Small footprint, accommodates up to three exam rooms

Dual-side reading and 50μm sampling for high DQE

# Aspire ClearView 1*m*

Single-slot unit with a footprint small enough for most mammography rooms

Dual-side reading and 50μm sampling for high DQE

# Aspire CR*m*

Single-side reading at high resolution 50μm

## Worldwide, clinicians trust Fujifilm

Exceptional quality images, improved workflow and ease-of-use, patient comfort, and system reliability are some of the reasons clinicians select Fujifilm digital mammography solutions. Hear what our customers have to say.
View Testimonial Videos

 **Global**

Value from Innovation

## MAMMOASCENT AWS-c



A simple and efficient environment for mammography examinations

Overview     Features

## Overview

Multiple image display with versatile adjustment features

Patient exposure condition data* over-laid on patient image

Easy expandability

High-quality image processing

Compatible with Fujifilm's Mammography QC program*

Note

An asterisk indicates an option

Specifications are subject to change without notice

**Download Documents**



⤓ Brochure (PDF 517KB)

Adobe® Reader® is required to see the PDF data

Download Adobe® Reader®

© FUJIFILM Corporation

| IHE Integration Statement | | | | |
|---|---|---|---|---|
| **Vendor** | **Product Name** | | **Version** | **Date** |
| FUJIFILM Corporation | Aspire™ AWSc / MammoAscent AWS-c (CR-IR 363 AWS) | | 2.2 | 4/16/2010 |

This product implements all transactions required in the IHE Technical Framework to support the IHE Integration Profiles, Actors and Options listed below:

| **Integration Profiles Implemented** | **Actors Implemented** | **Options Implemented** |
|---|---|---|
| Scheduled Workflow (SWF) | Acquisition Modality | Broad Worklist Query Modality Group Case |
| Patient Information Reconciliation (PIR) | | |
| Audit Trail & Node Authentication (ATNA) | Secure Node | N/A |
| Mammography Image (MAMMO) | Acquisition Modality | - |
| Portable Data for Imaging (PDI) | Portable Media Creator | - |

Internet address for vendor's IHE information:  http://www.fujimed.com/sub/product_bulletins.html

## Links to Standards Conformance Statements for the Implementation

| HL7 | |
|---|---|
| DICOM | http://www.fujimed.com/sub/product_bulletins.html |

## Links to general information on IHE

| In North America: www.ihe.net | In Europe: www.ihe-europe.net | In Japan: www.jira-net.or.jp/ihe-j |
|---|---|---|

# **ATTACHMENT C**

# FUJiFILM



*A simple and efficient environment for mammography examinations*

FUJIFILM Mammography Workstation

# MAMMOASCENT
## AWS-c



FUJIFILM supports the Pink Ribbon Campaign for early detection of breast cancer

http://www.fujifilm.com/products/medical/

# A console that optimizes your mammography examinations with its advanced design and features.

## Multiple image display with versatile adjustment features







Four image screen

Two-image screen

One-image screen

Ⓐ Thumbnail and study menu display area
Ⓑ Exposure condition data display area

The portrait-type monitor has features that enable the upper part of the screen to be partitioned into one, two, or four sections for simultaneous viewing of patient images. You can adjust the position of the left and right images either manually or by using the automatic positioning function and also adjust their density and contrast for optimum viewing.

Image displayed on a regular CR Console ▶



### High definition second monitor (3M/5M:optional)

A second high resolution monitor can be added to the AWS making it possible, if connected to PACS, to display previous images to enable more accurate examinations.

## Patient exposure condition data* overlaid on patient image

Immediately after the X-ray taking, the patient's exposure condition data is displayed at the bottom of the screen. When the IP barcode data is read by the barcode reader, the exposure condition data disappears. After a while, it reappears with the patient's X-rayed image on the upper screen. You can then confirm the patient's exposure condition data with her X-rayed image on the same screen.

### Data Indication Flow

 The patient's exposure data is displayed at the bottom of the screen.

 The data disappears when the IP barcode data is read by the barcode reader.

 The data is overlaid on the image.



Overlaid screen

## High-quality image processing

The AWS-c uses Fujifilm's unique image processing and Image Intelligence™ technologies to realize a clear and crisp image to support your mammography examinations.

*Image Intelligence*

## Easy expandability

The AWS-c can be used within the network system with other Fujifilm consoles and with image readers such as the PROFECT ONE and PROFECT CS. You can expand your breast cancer examination system environment to fit your needs.



Exposure Condition Connection*

FCR PROFECT ONE and FCR PROFECT CS are also available

## Compatible with Fujifilm's Mammography QC Program*

Fujifilm's Mammography QC Program* is an application that is capable of quantitative image quality evaluation with a single shot of exposure for daily QC and is in accordance with the IEC standards and EUREF guidelines.

*An asterisk (*) indicates an option
Specifications are subject to change without notice*


**FUJIFILM Corporation**
26-30, NISHIAZABU 2-CHOME, MINATO-KU, TOKYO 106 8620, JAPAN
http://www.fujifilm.com/products/medical/

FUJIFILM Mammography Workstation
MAMMOACENT AWS-c    0123

Ref. No. XB-969ER   (SK 12-09 F1120-F9711) Printed in Japan ©2009 FUJIFILM Corporation

# **ATTACHMENT D**



**Value from Innovation**

## Annual Meeting of Radiological Society of North America

## Experience the value of imaging & informatics

By FUJIFILM Medical Systems, U.S.A., Inc.

RSNA 2016: Nov 27–Dec 1, 2016 | McCormick Place, Chicago, IL



NOVEMBER 27 - DECEMBER 2

With solutions from Fujifilm, you can achieve clinical improvements, patient satisfaction, financial optimization, and operational efficiencies. Put our comprehensive portfolio of medical informatics and digital X-ray technologies—as well as our legacy of innovation and commitment to long-term strategic partnership—to work for your organization.

This year at booth #6713, North Hall, customers discussed their goals, challenges, and questions with our experts. Our booth staff demonstrated how the latest products, solutions, and innovations from our medical imaging portfolio can help you:

- Achieve optimal diagnostic outcomes
- Provide fast and secure access to diagnostic images and patient-imaging data
- Deliver patient comfort and satisfaction
- Increase financial and workflow efficiencies
- Improve patient safety

**Contact Us**



## Educational Events

This year, we invited you to learn from the experts at our in-booth healthcare theater and to attend one of our sponsored RSNA Lunch & Learn sessions.

Featured solutions at RSNA 2016 included:
**Digital X-Ray Systems**



### FDR D-EVO GL Detector



The FDR D-EVO GL is the world's first single-exposure long-length DR detector. With easy patient positioning and rapid exposure time, it simplifies exams for the technologist while lowering discomfort for the patient. (Learn more)

### FDR Visionary Suite



The FDR Visionary Suite is the next generation in fully integrated and automated digital X-ray systems. This state-of-the-art solution is ergonomically designed and easy to operate, with minimal physical effort required, so technologists can focus on patient comfort and safety. (Learn more)

### FDR Clinica Series of Components



Clinical confidence, precision, and optimal efficiency become reality with Fujifim's latest high-quality, cost-effective X-ray solution. The FDR Clinica Series of Components deliver a user-friendly, smart workflow for busy imaging professionals. (Learn more)

## Medical Informatics Solutions

### Synapse 5 PACS



Synapse® 5 is a next-generation secure server-side technology that enables instant access of massive datasets, working on the most popular browsers and using less bandwidth throughout the enterprise. (Learn more)

### Synapse VNA (Vendor Neutral Archive)



Synapse® VNA is a scalable content-management application that allows your organization to centralize and consolidate storage architecture and take control of the security, management, and access to all patient-imaging content. (Learn more)

### Synapse RIS



Synapse® RIS helps radiology departments and outpatient imaging facilities take command of their operations in a rapidly evolving field. The most complete product of its kind on the market, Synapse RIS is a comprehensive solution for managing the business of radiology. (Learn more)

## Ultrasound

### SonoSite SII



The SonoSite SII empowers your efficiency through an intuitive, yet smart user interface that adapts to your imaging needs. This system is portable and can be used across multiple hospital environments, including a zero footprint option for space-constrained rooms. (Learn more)

### SonoSite X-Porte



The SonoSite X-Porte was developed from the ground up to incorporate a breakthrough, proprietary beam-forming technology: XDI (Extreme Definition Imaging). This signal analysis algorithm shapes X-Porte's ultrasound beam to pinpoint precision. The result? Artifact clutter is substantially reduced, while contrast resolution is significantly enhanced.

(Learn more)

### Vevo MD



The Vevo® MD is the world's first Ultra High Frequency ultrasound system for clinical use. The range of frequencies available (up to 70 MHz) results in unprecedented image resolution; down to 30 micrometers, less than half a grain of sand. (Learn more)

## Digital Mammography

### ASPIRE Cristalle



ASPIRE Cristalle is designed to optimize image acquisition, regardless of breast composition, at a low dose so radiologists don't have to compromise image quality. It ensures patient comfort with personalized breast care and provides a scalable platform for future technologies. (Learn more)

## Meet our Experts

Request an appointment with one of our experts to discuss your goals, challenges, and questions regarding our solutions.

## In the News:

- Fujifilm Presents Latest Innovations in Mobile Digital Radiography at RSNA 2016
- Fujifilm Showcases Latest Dynamic Visualization II Image Processing at RSNA 2016

- [Fujifilm Demonstrates FDR D-EVO GL with Virtual Grid Image Processing Technology at RSNA 2016](#)
- [Fujifilm Continues to Expand Comprehensive Enterprise Imaging Solution at RSNA 2016](#)
- [Fujifilm Debuts Synapse VNA Version 6.2 at RSNA 2016](#)
- [Fujifilm Synapse 5 Architecture and Speed Set New Standard for Enterprise Imaging Solutions at RSNA 2016](#)
- [Fujifilm Set to Make Significant Educational and Technological Impact at RSNA 2016](#)
- [Fujifilm SonoSite Showcases Comprehensive Portfolio of Point-of-Care Ultrasound at RSNA 2016](#)

**Learn more about our product portfolio on [Fujimed.com](#).**



## Get To RSNA

Are you registered?

It's not too late to register, go to [RSNA's registration page](#). Be sure to come back here and register for a demo.



## Find Your Way

McCormick Place.

Navigate the tradeshow hall with ease, study [RSNA's floor plan](#). Make sure booth #6713 is your first stop.



# Stay Connected

Get the latest.

Know what's going on, right when it's happening, connect with us on Facebook, Twitter, LinkedIn, and YouTube.



Fujimed.com

News

Contact Us

**Stay Connected**

© 2016 FUJIFILM Medical Systems U.S.A., Inc. All rights reserved.