UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

    Plaintiff,

v.                         CASE No. 8:16-cv-1194-T-35TGW

FUJIFILM MEDICAL SYSTEMS
U.S.A., INC.,

    Defendant.

_____

## ORDER

THIS CAUSE came on to be heard upon the Defendant/Counterclaimant Fujifilm Medical Systems U.S.A., Inc.'s Motion to Compel Response to Interrogatory No. 7 (Doc. 58) and the plaintiff's response in opposition thereto (Doc. 61). For the reasons stated at the hearing, it is

ORDERED:

That the Defendant/Counterclaimant Fujifilm Medical Systems U.S.A., Inc.'s Motion to Compel Response to Interrogatory No. 7 (Doc. 58) is hereby **GRANTED**, and the plaintiff shall respond to defendant/counterclaimant's Interrogatory No. 7 within fifteen days from the date of this Order.

DONE and ORDERED at Tampa, Florida, this 4th day of April, 2017.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE