UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION INC.,**

    **Plaintiff/Counterclaim
    Defendant,**

v.                                               Case No: 8:16-cv-1194-MSS-MAP

**FUJIFILM MEDICAL SYSTEMS U.S.A.,
INC.,**

    **Defendant/Counterclaimant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration *Sua Sponte*. The following six (6) cases instituted by University of South Florida Research Foundation, Inc. and involving United States Patent No. 6,630,937 are hereby consolidated for **purposes of discovery**:

1. University of South Florida Research Foundation, Inc. v. Fujifilm Medical Systems USA, Inc., 8:16-cv-1194-MSS-MAP;

2. University of South Florida Research Foundation, Inc. v. AGFA Healthcare Corporation, 8:16-cv-3106-MSS-TBM;

3. University of South Florida Research Foundation, Inc. v. Barco, Inc., 8:16-cv-3107-MSS-AEP;

4. University of South Florida Research Foundation, Inc. v. Aycan Medical Systems, LLC, 8:16-cv-3108-MSS-AEP;

5. <u>University of South Florida Research Foundation, Inc. v. Brit Systems, Inc.</u>, 8:16-cv-3109-MSS-AAS; and

6. <u>University of South Florida Research Foundation, Inc. v. EIZO, Inc.</u>, 8:16-cv-3110-MSS-TBM.

Counsel in the foregoing cases **shall** coordinate and meet, either in person or telephonically, for the purposes of submitting a consolidated Case Management Report concerning discovery in all cases and other deadlines in each of the respective cases. The Parties **shall** conduct this meeting within **fourteen (14) days of** the date of this Order and file the consolidated Case Management Report no later than **seven (7) days** thereafter. The Court will then enter a Comprehensive Case Management and Scheduling Order delineating the discovery deadlines that are applicable to all cases and delineating the remaining deadlines applicable to each case.

In addition, Magistrate Judge Thomas G. Wilson has consented to serve as the Magistrate Judge in each of the foregoing cases. The Clerk is **DIRECTED** to designate Magistrate Judge Wilson as the Magistrate Judge in each of the foregoing cases.

**DONE and ORDERED** in Tampa, Florida, this 11th day of April, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
Any *Pro Se* parties